# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DEMIRIA L. HARRIS  
823 ALBERT AVENUE, #2  
ROCKFORD, IL  61103  

SSN-xxx-xx-3840

Case Number: 07-73064

Case filed on: 12/18/2007  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,750.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| 999 | DEMIRIA L. HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | SANTANDER CONSUMER USA | 16,308.83 | 15,969.00 | 443.54 | 611.55 |
| 002 | THOMAS D LUCHETTI PC | 10,121.00 | 10,000.00 | 568.12 | 0.00 |
|  | Total Secured | 26,429.83 | 25,969.00 | 1,011.66 | 611.55 |
| 001 | SANTANDER CONSUMER USA | 0.00 | 339.83 | 0.00 | 0.00 |
| 002 | THOMAS D LUCHETTI PC | 0.00 | 121.00 | 0.00 | 0.00 |
| 003 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALARM ONE INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSOCIATED BUSINESS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BLOCKBUSTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMED CO | 742.70 | 742.70 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DANIEL B. FISCHER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DEANDE CASSEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | GRANT PARK AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HEIGHTS FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINOIS STATE TOLL HIGHWAY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | K-MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | LOUIS CAPRA & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MIDLAND CREDIT MANAGEMENT INC | 364.44 | 364.44 | 0.00 | 0.00 |
| 020 | MONEY CONTROL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 188.75 | 188.75 | 0.00 | 0.00 |
| 022 | ASSET ACCEPTANCE CORP | 1,626.52 | 1,626.52 | 0.00 | 0.00 |
| 023 | ROCKFORD HEALTH PHYSICIANS | 352.00 | 352.00 | 0.00 | 0.00 |
| 024 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | VAUGHNS T.V. & APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ERNEST HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | JOYCE SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ASSET ACCEPTANCE CORP | 1,733.53 | 1,733.53 | 0.00 | 0.00 |
|  | Total Unsecured | 5,007.94 | 5,468.77 | 0.00 | 0.00 |
|  | Grand Total: | 33,437.77 | 33,437.77 | 1,011.66 | 611.55 |

Total Paid Claimant:     $1,623.21  
Trustee Allowance:       $126.79  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                    By  /s/Heather M. Fagan